JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-05109 MMM (RCx) | Date | October 26, 2010 |

| | |
|---|---|
| Title | *Artur Mardoyan v. Sallie Mae, Inc.* |

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **Order Dismissing Case**

On September 21, 2010, the court granted defendant Sallie Mae's motion to dismiss the complaint without prejudice. The court gave plaintiff leave to file an amended complaint within thirty days of the court's order. Plaintiff's deadline to file an amended complaint passed on October 22, 2010. To date, plaintiff has not filed an amended complaint. Consequently, the court directs the clerk to dismiss the action forthwith.